AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

ROBERT WNUK,
   Plaintiff

        V.

ARIENS COMPANY and CARLISLE TIRE
& WHEEL COMPANY,
   Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04 - 30082 - KPN

TO: (Name and address of defendant)

Ariens Company
655 West Ryan Street
Brillion, Wisconsin  54110-1072

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Norman O'Connor, Jr., Esq.
Michael R. Palmieri, Esq.
Donovan & O'Connor, LLP
1330 Mass MoCA Way
North Adams, MA   01247

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

4/29/04
DATE

_____
(BY) DEPUTY CLERK

MRP.MGR

MAY 17 2004

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): I, Edward F. Mahoney, Esq., counsel for Arinc Company, hereby accept service on behalf of Arinc Corp.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __5/21/04__  _____
          Date                Signature of Server (counsel)

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.