AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

ROBERT WNUK,
    Plaintiff

             V.

ARIENS COMPANY and CARLISLE TIRE
& WHEEL COMPANY,
    Defendants

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**04-30082-KPN**

TO: (Name and address of defendant)

Carlisle Tire & Wheel Company
23 Windham Boulevard
Aiken, South Carolina  29805-9320

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Norman O'Connor, Jr., Esq.
Michael R. Palmieri, Esq.
Donovan & O'Connor, LLP
1330 Mass MoCA Way
North Adams, MA  01247

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

_signature_
(BY) DEPUTY CLERK

DATE  4/29/04

MRP:MGR

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): I, William J. Dailey Jr., of Sloane and Walsh at 3 Center Plaza Boston, Mass., hereby accept service on behalf of the defendant, Carlisle Tire and Wheel Company, this 27th day of May, 2004.
                                                                    /s/ William J. Dailey Jr.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
             Date                    Signature of Server

                                     _____
                                     Address of Server

(1) As to who may serve a Summons see Rule 4 of the Federal Rules of Civil Procedure.