### UNITED STATES DISTRICT COURT
### IN AND FOR THE
### DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT WNUK,<br>   Plaintiff | )<br>)<br>) | |
| VS. | )<br>) | CIVIL ACTION NO. 04-30082-KPN |
| ARIENS COMPANY and CARLISLE TIRE<br>& WHEEL COMPANY,<br>   Defendants | )<br>)<br>)<br>)<br>)<br>) | |

### CORPORATE DISCLOSURE STATEMENT OF ARIENS COMPANY
### PURSUANT TO LOCAL RULE 7.3

Pursuant to Local Rule 7.3 of the United States District Court for the District of

Massachusetts, the defendant, Ariens Company, states that it has no parent corporation and that,

to the best of its knowledge, no other publicly held corporation controls it or owns ten (10)

percent or more of its stock.

MARTIN, MAGNUSON, McCARTHY
& KENNEY

Edward F. Mahoney
B.B.O. No. 546436
Attorney for Defendant,
Ariens Company
101 Merrimac Street
Boston MA 02114
617-227-3240

## CERTIFICATE OF SERVICE

I, Edward F. Mahoney, counsel for defendant, Ariens Company, hereby certify that on the 25th day of June, 2004, a copy of the above document was sent by mail, postage prepaid to:

J. Norman O'Connor, Jr., Esq.
Michael R. Palmieri
Donovan & O'Connor, LLP
1330 Mass MoCA Way
North Adams, MA 01247
Attorneys for plaintiff Robert Wnuk

William J. Dailey, Jr., Esq.
Sloane & Walsh, LLP
3 Center Plaza
Boston, MA 02108
Attorneys for defendant, Carlisle Tire & Wheel Company

_____
Edward F. Mahoney
B.B.O. No. 546436
Attorney for Defendant,
Ariens Company
101 Merrimac Street
Boston MA 02114
617-227-3240

2