UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT WNUK,<br>    Plaintiff<br><br>v.<br><br>ARIENS COMPANY and CARLISLE<br>TIRE & WHEEL COMPANY,<br>    Defendants | )<br>)<br>)<br>)<br>) Docket No. 04-30082-MAP<br>)<br>)<br>) |

**PLAINTIFF'S CERTIFICATION PURSUANT TO**
**LOCAL RULE 16.1(D)(3)**

As counsel for the plaintiff in the above-captioned matter, I, Michael R. Palmieri, certify that I have discussed with our client, Robert Wnuk, the costs of litigating this case through trial. The signature of Robert Wnuk is affixed hereto certifying that counsel and the plaintiff have conferred and discussed the costs of litigating this matter through trial and the resolution of this litigation through Alternate Dispute Resolution measures.

Dated: 7-13-04

_____
Robert Wnuk

THE PLAINTIFF
By his attorneys,

_____
J. Norman O'Connor, Jr.
BBO No. 376915

_____
Michael R. Palmieri
BBO No. 645674
For Donovan & O'Connor, LLP
1330 Mass MoCA Way
North Adams, MA  01247
Tel.:  (413) 663-3200
Fax:   (413) 663-7970

MRP:MGR:klk