UNITED STATES DISTRICT COURT
IN AND FOR THE
DISTRICT OF MASSACHUSETTS

ROBERT WNUK,　　　　　　　　　　　　　　)
　　Plaintiff　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
VS.　　　　　　　　　　　　　　　　　　　)　　CIVIL ACTION NO. 04-30082-KPN
　　　　　　　　　　　　　　　　　　　　　)
ARIENS COMPANY and CARLISLE TIRE　　)
& WHEEL COMPANY,　　　　　　　　　　)
　　Defendants　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)

## CERTIFICATION OF ARIENS COMPANY
## PURSUANT TO LOCAL RULE 16.1(D)

This will certify that counsel for the defendant, Ariens Company, has conferred with Gregg Curry, IV, authorized representative of Ariens Company: (a) with a view to establishing a budget for the cost of conducting the full course, and various alternative courses, of the litigation; and (b) to consider and to discuss the resolution of the litigation through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

McCARTY, CURRY, WYDEVEN　　　　　　MARTIN, MAGNUSON, McCARTHY
　PEETERS & HAAK　　　　　　　　　　　　& KENNEY

_[signature]_　　　　　　　　　　　　　　　_[signature]_
I. Gregg Curry, IV　　　　　　　　　　　　Edward F. Mahoney
Authorized Representative for　　　　　　　B.B.O. No. 546436
Ariens Company　　　　　　　　　　　　　Lynda Riesgo Jensen
120 East Fourth Street　　　　　　　　　　B.B.O. No. 652498
Kaukauna, WI 54130　　　　　　　　　　　Attorneys for Defendant,
920-766-4693　　　　　　　　　　　　　　Ariens Company
　　　　　　　　　　　　　　　　　　　　101 Merrimac Street
　　　　　　　　　　　　　　　　　　　　Boston, MA 02114
　　　　　　　　　　　　　　　　　　　　617-227-3240

## CERTIFICATE OF SERVICE

I, Lynda Riesgo Jensen, counsel for defendant, Ariens Company, hereby certify that on the 20th day of July, 2004, a copy of the above document was delivered in hand to:

J. Norman O'Connor, Jr., Esq.  
Michael R. Palmieri  
Donovan & O'Connor, LLP  
1330 Mass MoCA Way  
North Adams, MA  01247  
Attorneys for plaintiff Robert Wnuk

William J. Dailey, Jr., Esq.  
Sloane & Walsh, LLP  
3 Center Plaza  
Boston, MA  02108  
Attorneys for defendant, Carlisle Tire & Wheel Company

_____  
Edward P. Mahoney  
B.B.O. No. 546436  
Lynda Riesgo Jensen  
B.B.O. No. 652498  
Attorney for Defendant,  
Ariens Company  
101 Merrimac Street  
Boston MA 02114  
617-227-3240

2