UNITED STATES DISTRICT COURT
IN AND FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT WNUK,<br>   Plaintiff<br><br>VS.<br><br>ARIENS COMPANY and CARLISLE TIRE<br>& WHEEL COMPANY,<br>   Defendants | )<br>)<br>)<br>)    CIVIL ACTION NO. 04-30082-KPN<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter my appearance on behalf of the defendant, Ariens Company, in the above-referenced matter. Attorney Edward F. Mahoney continues his appearance as counsel of record for the defendant, Ariens Company.

                MARTIN, MAGNUSON, McCARTHY
                & KENNEY

                _____
                Edward F. Mahoney
                B.B.O. No. 546436
                Lynda Riesgo Jensen
                B.B.O. No. 652498
                Attorneys for Defendant,
                Ariens Company
                101 Merrimac Street
                Boston, MA 02114
                617-227-3240

## CERTIFICATE OF SERVICE

I, Lynda Riesgo Jensen, counsel for defendant, Ariens Company, hereby certify that on the 20th day of July, 2004, a copy of the above document was delivered in hand to:

J. Norman O'Connor, Jr., Esq.  
Michael R. Palmieri  
Donovan & O'Connor, LLP  
1330 Mass MoCA Way  
North Adams, MA  01247  
Attorneys for plaintiff Robert Wnuk

William J. Dailey, Jr., Esq.  
Sloane & Walsh, LLP  
3 Center Plaza  
Boston, MA  02108  
Attorneys for defendant, Carlisle Tire & Wheel Company

_____  
Edward F. Mahoney  
B.B.O. No. 546436  
Lynda Riesgo Jensen  
B.B.O. No. 652498  
Attorney for Defendant,  
Ariens Company  
101 Merrimac Street  
Boston MA 02114  
617-227-3240

2