UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT WNUK,                )
        Plaintiff    )
                            )
v.                          )   Civil Action No. 04-30082-MAP
                            )
                            )
ARIENS COMPANY and CARLISLE )
TIRE & WHEEL COMPANY,       )
        Defendants  )

SCHEDULING ORDER
July 20, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held this day:

1. The parties shall complete their automatic disclosures by August 20, 2004.

2. All written discovery shall be served by November 12, 2004.

3. Defendants may conduct a physical examination of Plaintiff on or before March 18, 2005.

4. Defendants may conduct an examination of the lawn tractor on or before April 22, 2005.

5. Non-expert depositions shall be completed by May 20, 2005.

6. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by July 29, 2005.

7. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by August 26, 2005.

8. All expert depositions shall be completed by October 14, 2005.

9. Counsel shall appear for a case management conference on October 25, 2005, at 10:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

DATED: July 20, 2004

      /s/ Kenneth P. Neiman
      KENNETH P. NEIMAN
      U.S. Magistrate Judge