UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT WNUK,           )<br>          Plaintiff    )<br>                              )<br>v.                              )<br>                              )<br>ARIENS COMPANY and   )<br>CARLISLE TIRE & WHEEL )<br>COMPANY,                  )<br>          Defendants  ) | DOCKET NO. 04-30082-KPN |

## NOTICE OF APPEARANCE

    Kindly enter the appearance of Tierney M. Chadwick of Sloane and Walsh on behalf of the defendant Carlisle Tire & Wheel Company in the above-captioned matter.

                                            Respectfully submitted,
                                            CARLISLE TIRE &
                                            WHEEL COMPANY,
                                            By its attorneys,

                                            /s/ Tierney M. Chadwick
                                            William J. Dailey, Jr., BBO #112200
                                            Tierney M. Chadwick, BBO #658197
                                            Sloane & Walsh, LLP
                                            3 Center Plaza
                                            Boston, MA  02108
                                            (617) 523-6010

Dated:  5/23/05

2

CERTIFICATE OF SERVICE

  I, Tierney M. Chadwick, counsel for defendant, do hereby certify that on this ___ day of May, 2005, I caused to be served a true copy of the foregoing upon the parties by electronic filing to:

J. Norman O'Connor, Jr., Esq.
Michael R. Palmieri, Esq.
Donovan & O'Connor
1330 Mass MoCA Way
North Adams, MA  01247

Edward F. Mahoney, Esq.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA  02114

                  _____
                  Tierney M. Chadwick