UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT WNUK,                     )
        Plaintiff      )
                                 )
v.                               )   Civil Action No. 04-30082-MAP
                                 )
                                 )
ARIENS COMPANY and CARLISLE      )
TIRE & WHEEL COMPANY,            )
        Defendants  )

AMENDED SCHEDULING ORDER
October 12, 2005

NEIMAN, U.S.M.J.

The court hereby ALLOWS the parties' joint motion to amend scheduling order (Document No. 18) and revises the schedule as follows:

1. Non-expert depositions shall be completed by December 22, 2005.

2. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by January 26, 2006.

3. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by February 23, 2006.

4. All expert depositions shall be completed by March 23, 2006.

5. Counsel shall appear for a case management conference on March 28, 2006, at 10:00 a.m. in Courtroom Three. The October 25, 2005 conference is hereby cancelled.

THERE SHALL BE NO FURTHER EXTENSIONS.

IT IS SO ORDERED.

DATED: October 12, 2005

                                                                     /s/ Kenneth P. Neiman  
                                                                     KENNETH P. NEIMAN  
                                                                     U.S. Magistrate Judge