UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

ROBERT WNUK,       )
      Plaintiff    )
                 )
v.               )       DOCKET NO. 04-30082-KPN
                 )
ARIENS COMPANY and )
CARLISLE TIRE & WHEEL )
COMPANY,       )
      Defendants  )

## STIPULATION OF DISMISSAL

Now come the parties in the above entitled matter, and hereby stipulate that all claims are

dismissed, with prejudice and without costs, and waiving all rights to appeal pursuant to Mass.

R. Civ. P. 41(a)(1)(ii).

Plaintiff,
Robert Wnuk
By his attorneys,

_____
Michael R. Palmieri, BBO #  645674
Donovan & O'Connor, LLP
1330 Mass MoCA Way
North Adams, MA  01247
(413) 663-3200

Defendant,
Carlisle Tire & Wheel Company
By its attorneys,

_____
William J. Dailey, Jr., BBO #112200
Tierney M. Chadwick, BBO #658197
Sloane & Walsh, LLP
3 Center Plaza
Boston, MA  02108
(617) 523-6010

Defendant,
Ariens Company
By its attorneys,

_____
Edward F. Mahoney, BBO# 546436
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA  02114
(617) 227-3240

Dated:  December 30 , 2005